**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALIPHCOM d/b/a JAWBONE, et al<br>Plaintiff(s),<br>v.<br>FITBIT, INC.<br>Defendant(s). | Case No: 3:15-cv-2579<br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Tamar Lusztig, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: AliphCom d/b/a Jawbone and Body Media in the above-entitled action. My local co-counsel in this case is Kalpana Srinivasan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Susman Godfrey L.L.P., 560 Lexington Ave., 15th Fl, New York, NY 10022 | Susman Godfrey L.L.P., 1901 Ave. of the Stars, Suite 950, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: (212) 336-8330 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (310) 789-3100 |
| MY EMAIL ADDRESS OF RECORD: tlusztig@susmangodfrey.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: ksrinivasan@susmangodfrey.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5124174.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 06/29/15

Tamar Lusztig
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Tamar Lusztig is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE