1  KALPANA SRINIVASAN (237460)
   ksrinivasan@susmangodfrey.com
2  OLEG ELKHUNOVICH (269238)
   oelkhunovich@susmangodfrey.com
3  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
4  Los Angeles, California 90067-6029
   [Tel.] (310) 789-3100
5  [Fax] (310) 789-3150

6  MAX L. TRIBBLE, JR. (*Pro Hac Vice*)
   mtribble@susmangodfrey.com
7  SUSMAN GODFREY L.L.P.
   1000 Louisiana, Suite 5100
8  Houston, Texas  77002-5096
   [Tel.] (713) 651-9366
9  [Fax] (713) 654-6666

10 *Attorneys for Plaintiffs AliphCom d/b/a Jawbone and BodyMedia, Inc.*

11 (Additional Counsel for Plaintiffs listed below signature line)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALIPHCOM D/B/A JAWBONE and BODYMEDIA, INC.<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FITBIT, INC.<br><br>　　　　　　Defendant. | Case No:  5:15-cv-02579-HSG<br><br>**PLAINTIFFS' DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 38(b) and Civil Local Rule 3-6(b), Plaintiffs Aliphcom d/b/a Jawbone and Bodymedia submit their demand for a jury trial on all issues so triable on Plaintiffs' claims and Defendant's counterclaims.

Dated: August 7, 2015

KALPANA SRINIVASAN
MAX L. TRIBBLE, JR.
OLEG ELKHUNOVICH
SUSMAN GODFREY LLP

GENEVIEVE VOSE WALLACE (*Pro Hac Vice*)
gwallace@susmangodfrey.com
FLOYD G. SHORT (*Pro Hac Vice*)
fshort@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

TAMAR LUSZTIG (*Pro Hac Vice*)
tlusztig@susmangodfrey.com
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Facsimile:  (212) 336-8340

By:     */s/ Kalpana Srinivasan*
          Kalpana Srinivasan

*Attorneys for Plaintiffs AliphCom d/b/a Jawbone and BodyMedia, Inc.*