KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
OLEG ELKHUNOVICH (269238)
oelkhunovich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California  90067-6029
[Tel.] (310) 789-3100
[Fax] (310) 789-3150

MAX L. TRIBBLE, JR. (*Pro Hac Vice*)
mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
[Tel.] (713) 651-9366
[Fax] (713) 654-6666

*Attorneys for Plaintiffs AliphCom and Bodymedia, Inc.*
(Additional Counsel for Plaintiffs
listed below signature line)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC. | Case No: 3:15-cv-2579-HSG |
| Plaintiffs, | **ALIPHCOM d/b/a JAWBONE AND BODYMEDIA, INC.'S ANSWER TO DEFENDANT FITBIT, INC.'S AMENDED COUNTERCLAIMS** |
| v. | |
| FITBIT, INC. | |
| Defendant. | JURY TRIAL DEMANDED |

Plaintiffs ALIPHCOM d/b/a JAWBONE and BODYMEDIA, INC. ("Plaintiffs") hereby answer the Amended Counterclaims of Defendant FITBIT, INC. ("Fitbit").  Plaintiffs deny the allegations in Fitbit's counterclaims unless expressly admitted in the following paragraphs.

### THE PARTIES

1.    Admitted.

2.    Admitted.

3.    Admitted.

4.    Admitted.

### JURISDICTION AND VENUE

5.    Plaintiffs admit that Defendant purports to bring counterclaims under the patent laws of the United States and the Federal Declaratory Judgment Act, but denies that Defendant has stated a cause of action or any grounds for relief.  Plaintiffs admit that this Court has jurisdiction over counterclaims pursuant to 28 U.S.C. §§ 1331, 1338, 2201, and 2202.

6.    Plaintiffs admit that venue is proper in this District.

7.    Plaintiffs admit that for the purposes of this action, they are subject to the personal jurisdiction of this Court.

8.    Admitted.

### BACKGROUND

9.    Plaintiffs admit that on May 7, 2015, Fitbit filed Form S-1 Registration Statement with the SEC.

10.    Plaintiffs admit that on May 27, 2015, AliphCom filed a lawsuit against Fitbit in the Superior Court of the State of California for the County of San Francisco.

11.    Plaintiffs lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 11 of Fitbit's Counterclaims, and deny these allegations on that basis.

12.    Plaintiffs admit that they filed this lawsuit.

13.    Admitted.

1                                     **FIRST COUNTERCLAIM**

2                     **(Non-Infringement of the '275 Patent)**

3         14.    This paragraph requires no response, but to the extent it does, Plaintiffs

4 incorporate their responses to paragraphs 1 through 13.

5         15.    Denied.

6         16.    Denied.

7                              **SECOND COUNTERCLAIM**

8                  **(Non-Infringement of the '707 Patent)**

9         17.    This paragraph requires no response, but to the extent it does, Plaintiffs

10 incorporate their responses to paragraphs 1 through 16.

11         18.    Denied.

12         19.    Denied.

13                          **THIRD COUNTERCLAIM**

14                  **(Non-Infringement of the '546 Patent)**

15         20.    This paragraph requires no response, but to the extent it does, Plaintiffs

16 incorporate their responses to paragraphs 1 through 19.

17         21.    Denied.

18         22.    Denied.

19                        **FOURTH COUNTERCLAIM**

20                  **(Non-Infringement of the '811 Patent)**

21         23.    This paragraph requires no response, but to the extent it does, Plaintiffs

22 incorporate their responses to paragraphs 1 through 22.

23         24.    Denied.

24         25.    Denied.

25                          **FIFTH COUNTERCLAIM**

26                  **(Non-Infringement of the '522 Patent)**

27         26.    This paragraph requires no response, but to the extent it does, Plaintiffs

28 incorporate their responses to paragraphs 1 through 25.

1    27.    Denied.

2    28.    Denied.

3                    **SIXTH COUNTERCLAIM**

4                **(Non-Infringement of the '413 Patent)**

5    29.    This paragraph requires no response, but to the extent it does, Plaintiffs

6    incorporate their responses to paragraphs 1 through 28.

7    30.    Denied.

8    31.    Denied.

9                    **SEVENTH COUNTERCLAIM**

10                **(Invalidity of the '275 Patent)**

11    32.    This paragraph requires no response, but to the extent it does, Plaintiffs

12    incorporate their responses to paragraphs 1 through 31.

13    33.    Denied.

14    34.    Denied.

15    35.    Denied.

16                    **EIGHTH COUNTERCLAIM**

17                **(Invalidity of the '707 Patent)**

18    36.    This paragraph requires no response, but to the extent it does, Plaintiffs

19    incorporate their responses to paragraphs 1 through 35.

20    37.    Denied.

21    38.    Denied.

22    39.    Denied.

23                    **NINTH COUNTERCLAIM**

24                **(Invalidity of the '546 Patent)**

25    40.    This paragraph requires no response, but to the extent it does, Plaintiffs

26    incorporate their responses to paragraphs 1 through 39.

27    41.    Denied.

28    42.    Denied.

PLAINTIFFS ANSWER TO DEFENDANT'S                    3                    Case No. 3:15-cv-2579-HSG
AMENDED COUNTERCLAIMS
3813854v1/014661

1    43.    Denied.

2                           **TENTH COUNTERCLAIM**

3                        **(Invalidity of the '811 Patent)**

4    44.    This paragraph requires no response, but to the extent it does, Plaintiffs

5    incorporate their responses to paragraphs 1 through 43.

6    45.    Denied.

7    46.    Denied.

8    47.    Denied.

9                         **ELEVENTH COUNTERCLAIM**

10                        **(Invalidity of the '522 Patent)**

11   48.    This paragraph requires no response, but to the extent it does, Plaintiffs

12   incorporate their responses to paragraphs 1 through 47.

13   49.    Denied.

14   50.    Denied.

15   51.    Denied.

16                          **TWELFTH COUNTERCLAIM**

17                        **(Invalidity of the '413 Patent)**

18   52.    This paragraph requires no response, but to the extent it does, Plaintiffs

19   incorporate their responses to paragraphs 1 through 51.

20   53.    Denied.

21   54.    Denied.

22   55.    Denied.

23                            **PRAYER FOR RELIEF**

24   Fitbit's prayer for relief requires no response, but to the extent it does, Plaintiffs deny that

25   Fitbit is entitled to any relief, and deny any and all factual allegations contained in Fitibit's

26   prayer.

27   WHEREFORE, Plaintiffs request entry of judgement in their favor and against Fitbit as

28   follows:

a.      Declaring that Defendants have infringed the '275,'707, '546, '811, '522, and '413 patents;

b.      Awarding compensatory damages arising out of Defendants' infringement of the '275,'707, '546, '811, '522, and '413  patents to Plaintiffs together with prejudgment and post-judgment interest, in an amount according to proof;

c.      Permanently enjoining Defendants and their respective officers, agents, employees, and those acting in privity with them from the make, manufacture, use, sale, importation, or offer for sale of products that infringe, including by contributory infringement or induced infringement, the '275,'707, '546, '811, '522, and '413 patents;

d.      Awarding attorney's fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law; and

e.      Awarding such other costs and further relief as the Court may deem just and proper.

1

2    Dated: August 17, 2015                        KALPANA SRINIVASAN
                                                    MAX L. TRIBBLE, JR. (*Pro Hac Vice*)
3                                                   OLEG ELKHUNOVICH
                                                    SUSMAN GODFREY LLP
4
                                                    GENEVIEVE VOSE WALLACE (*Pro Hac Vice*)
5                                                   gwallace@susmangodfrey.com
                                                    FLOYD G. SHORT (*Pro Hac Vice*)
6                                                   fshort@susmangodfrey.com
                                                    SUSMAN GODFREY L.L.P.
7                                                   1201 Third Avenue, Suite 3800
                                                    Seattle, Washington 98101-3000
8                                                   Telephone: (206) 516-3880
                                                    Facsimile: (206) 516-3883
9

10                                                  TAMAR E. LUSZTIG (*Pro Hac Vice*)
                                                    SUSMAN GODFREY L.L.P.
11                                                  560 Lexington Ave, 15th Floor
                                                    New York, New York 10022-6828
12                                                  Telephone: (212) 336-8330
                                                    Facsimile: (212) 336-8340
13

14

15                                                  By:   */s/* Kalpana Srinivasan
                                                          Kalpana Srinivasan
16                                                        *Attorneys for Plaintiffs AliphCom and*
                                                          *Bodymedia, Inc.*
17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS ANSWER TO DEFENDANT'S              6              Case No. 3:15-cv-2579-HSG
AMENDED COUNTERCLAIMS
3813854v1/014661

1

**DEMAND FOR JURY TRIAL**

2          Pursuant to Federal Rule of Civil Procedure 38(b) and Civil Local Rule 3-6(b), Plaintiffs

3    submit their demand for a jury trial on all issues so triable on Plaintiffs' claims and Defendant's

4    counterclaims.

5

6    Dated: August 17, 2015                  KALPANA SRINIVASAN

7                                    MAX L. TRIBBLE, JR. (*Pro Hac Vice*)

OLEG ELKHUNOVICH

8                                    SUSMAN GODFREY LLP

9                                    GENEVIEVE VOSE WALLACE (*Pro Hac Vice*)

gwallace@susmangodfrey.com

10                                   FLOYD G. SHORT (*Pro Hac Vice*)

fshort@susmangodfrey.com

11                                   SUSMAN GODFREY L.L.P.

12                                   1201 Third Avenue, Suite 3800

Seattle, Washington 98101-3000

13                                   Telephone: (206) 516-3880

Facsimile: (206) 516-3883

14

15                                   TAMAR E. LUSZTIG (*Pro Hac Vice*)

SUSMAN GODFREY L.L.P.

16                                   560 Lexington Ave, 15th Floor

New York, New York 10022-6828

17                                   Telephone: (212) 336-8330

Facsimile: (212) 336-8340

18

19                                   By:    */s/* Kalpana Srinivasan

20                                       Kalpana Srinivasan

21                                   *Attorneys for Plaintiffs AliphCom and*

*Bodymedia, Inc.*

22

23

24

25

26

27

28