UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM D/B/A JAWBONE and BODYMEDIA, INC.<br>　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>FITBIT, INC.<br>　　　　　　Defendant(s). | Case No. 3:15-cv-02579 HSG<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

　　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　　　(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

　　　　(2) Discussed the available dispute resolution options provided by the Court and private entities; and

　　　　(3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated: September 8, 2015　　　　　　　　　　　　/s/Andy Missan
　　　　　　　　　　　　　　　　　　　　　　　Andy Missan on behalf of
　　　　　　　　　　　　　　　　　　　　　　　Fitbit, Inc.


Dated: September 7, 2015　　　　　　　　　　　　/s/Frederick Chung
　　　　　　　　　　　　　　　　　　　　　　　Frederick S. Chung, counsel
　　　　　　　　　　　　　　　　　　　　　　　for Fitbit, Inc.


I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

GIBSON, DUNN & CRUTCHER
Counsel for Fitbit, Inc.
/s/ Frederick S. Chung


When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."