UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM D/B/A JAWBONE and BODYMEDIA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>FITBIT, INC.<br><br>Defendant. | Case No: 3:15-cv-2579-HSG<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED R. CIV. P. 12(C)**<br><br>JURY TRIAL DEMANDED |

[Proposed] Order re Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Judgment on the Pleadings
3935405v1/014992

Case No. 3:15-cv-2579-HSG

1   THIS COURT, having reviewed Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(C), HEREBY GRANTS said motion. Plaintiffs will file their response on or before October 29, 2015. Defendant will file its Reply on November 5, 2015.

Dated this 15th day of October, 2015.

_____
District Court Judge Haywood S. Gilliam, Jr.

1

[Proposed] Order re Plaintiffs' Unopposed Motion for Extension of Time to
Respond to Defendant's Motion for Judgment on the Pleadings            Case No. 3:15-cv-2579-HSG
3935405v1/014992