1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

11  ALIPHCOM D/B/A JAWBONE and
    BODYMEDIA, INC.,
12
                                              CASE NO. 3:15-cv-2579-HSG
               Plaintiffs,
13
                                              **ORDER GRANTING DEFENDANT FITBIT,
14      v.                                    INC.'S UNOPPOSED MOTION FOR
                                              EXTENSION OF TIME TO FILE A REPLY
    FITBIT, INC.,                             BRIEF IN SUPPORT OF MOTION FOR
15                                            JUDGMENT ON THE PLEADINGS**
               Defendant.
16

17
18
19
20
21
22
23
24
25
26
27
28

---

[PROPOSED] ORDER GRANTING DEFENDANT FITBIT, INC.'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE A REPLY BRIEF
CASE NO. 3:15-CV-2579-HSG

THIS COURT, having reviewed Defendant Fitbit, Inc.'s Unopposed Motion for Extension of Time to File a Reply Brief in Support of its Motion for Judgment on the Pleadings, IT IS ORDERED:

    1.    Fitbit's Motion is GRANTED;

    2.    Fitbit will file its Reply Brief by no later than Monday, November 9, 2015; and

    3.    The current hearing date of Thursday, November 19, 2015 will remain.

**IT IS SO ORDERED.**

DATED:   NOVEMBER 5, 2015

                              HON. HAYWOOD S. GILLIAM, JR.
                              UNITED STATES DISTRICT COURT JUDGE

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT FITBIT, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF
CASE NO. 3:15-CV-2579-HSG