# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ALIPHCOM D/B/A JAWBONE and BODYMEDIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FITBIT, INC.,<br><br>Defendant. | Case No. 4:15-cv-2579-HSG<br><br>**ORDER REGARDING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1  The parties have jointly stipulated to the dismissal of this action *with* prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, **IT IS HEREBY ORDERED** that all claims and counterclaims in this case are dismissed with prejudice. All pending deadlines are vacated. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: December 21, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE